# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 3:20-CV-01175-JR

Plaintiff:
**Western States Center, Inc., et al.,**

vs.

Defendant:
**United States Department of Homeland Security; et al.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **United States Customs and Border Protection Attn: Billy J. Williams, 1000 SW 3rd Ave, Suite 600, Portland, OR 97204**.

I, Chris Snedeker, being duly sworn, depose and say that on the **23rd day of July, 2020 at 2:40 pm**, I:

**SERVED** United States Customs and Border Protection Attn: Billy J. Williams by delivering a true copy of the **Summons; Complaint; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge; Civil Case Management Time Schedules** to **Sarah Hengel, HR Assistant** at 1000 SW 3rd Ave, Suite 600, Portland, OR 97204.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 23rd day of July, 2020 by the affiant is personally known to me.

NOTARY PUBLIC

OFFICIAL STAMP
MICHAEL KENNEDY
NOTARY PUBLIC - OREGON
COMMISSION NO. 996889
MY COMMISSION EXPIRES FEBRUARY 13, 2024

Chris Snedeker    7/23/20
Process Server

RUSH PROCESS SERVICE, INC.
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
(503) 232-3667

Our Job Serial Number: SKS-2020006250

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c