Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
SNELL & WILMER L.L.P.
One Centerpointe Drive, Suite 170
Lake Oswego, OR 97035
Telephone: (503) 624-6800
Facsimile: (503) 624-6888

Andrew M. Jacobs (*pro hac vice*)
ajacobs@swlaw.com
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Kelly H. Dove (*pro hac vice* pending)
kdove@swlaw.com
SNELL & WILMER L.L.P.
400 East Van Buren Street, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| WESTERN STATES CENTER, INC., an Oregon public benefit corporation; THE FIRST UNITARIAN CHURCH OF PORTLAND, OREGON, an Oregon religious nonprofit corporation; SARA D. EDDIE, an individual; OREGON STATE REPRESENTATIVE KARIN A. POWER, an elected official; and OREGON STATE REPRESENTATIVE JANELLE S. BYNUM, an elected official,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FEDERAL PROTECTIVE SERVICE; and UNITED STATES MARSHALS SERVICE<br><br>        Defendants. | Case No. 3:20-cv-01175-JR<br><br>**DECLARATION OF JENNIFER LANGLOIS REGARDING SERVICE OF COMPLAINT ON FEDERAL DEFENDANTS** |

## DECLARATION OF JENNIFER LANGLOIS

I, Jennifer Langlois, declare as follows:

1. I am a legal assistant at Snell & Wilmer, L.L.P. I am over the age of 18. I have personal knowledge of the matters stated herein. If called upon to do so, I would testify truthfully as follows.

2. I assist attorney Cliff Davidson, counsel of record in this case, among others.

3. On July 21, 2020, Mr. Davidson filed the complaint in this action.

4. This Court issued summonses on July 22, 2020.

5. On July 23, 2020, I sent the summons, complaint and Notice of Case Assignment to Rush Process Service in Portland. Rush informed me that day that they had served those materials upon the Office of the United States Attorney here in Portland.

6. That same day, and pursuant to Fed. R. Civ. P. 4(i)(1) & (2), I caused the summons, complaint and Notice of Case Assignment to be mailed by certified mail to

   a. Russel Burger, U.S. Marshal, Mark O. Hatfield, U.S. Courthouse, 1000 S.W. 3rd Ave, Room 401, Portland, OR 97204;

   b. William Barr, Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave, NW, Washington, D.C. 20530-0001;

   c. Office of Chief Counsel, U.S. Customs and Border Protection, 1300 Pennsylvania Ave, Suite 4.4-B, Washington, D.C. 20229; and

   d. Office of the General Counsel, U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave. SE, Washington, D.C. 20528-0485.

Page 1 – LANGLOIS DECLARATION
4811-2460-0259

Snell & Wilmer
One Centerpointe Drive Ste 170
Lake Oswego, Oregon 97035
503.624.6800

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July, 2020 at Portland, Oregon.

_____
Jennifer Langlois

Page 2 – LANGLOIS DECLARATION
4811-2460-0259

Snell & Wilmer
One Centerpointe Drive Ste 170
Lake Oswego, Oregon 97035
503.624.6800