JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
BILLY J. WILLIAMS
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
JEFFREY A. HALL (DC 1019264)
Counsel, Civil Division
JORDAN VON BOKERN
KERI BERMAN
JASON LYNCH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 353-8679
Fax:   (202) 616-8470

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| WESTERN STATES CENTER, INC, *et al.*, | Case No. 3:20-cv-01175-JR |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

NOTICE OF APPEAL

## NOTICE OF APPEAL

NOTICE is hereby given that the United States Department of Homeland Security, United States Customs and Border Protection, Federal Protective Service, and United States Marshals Service hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order dated November 2, 2020 (Dkt. No. 50), granting Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 16).

Dated: November 3, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jeffrey A. Hall*
JEFFREY A. HALL (DC 1019264)
Counsel, Civil Division
JORDAN VON BOKERN
KERI BERMAN
JASON LYNCH
Trial Attorneys
United States Department of Justice
Civil Division
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 353-8679
Email: jeffrey.a.hall@usdoj.gov

*Attorneys for Defendants*

NOTICE OF APPEAL