UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WESTERN STATES CENTER, INC., an Oregon public benefit corporation; et al.,<br><br>            Plaintiffs - Appellees,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>            Defendants - Appellants. | No. 20-35949<br><br>D.C. No. 3:20-cv-01175-JR<br>U.S. District Court for Oregon, Portland<br><br>**ORDER** |

The motion filed by the government on November 16, 2020 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7